# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | August 04, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Matthew Dykman
District of New Mexico- Albuquerque
Pete V. Domenici U.S. Courthouse
333 Lomas N.W., Suite 270
Albuquerque, NM 87102

**RE:**     **14-2157, Rock v. Levinski, et al**
              Dist/Ag docket: 1:13-CV-00652-KBM-CG

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                       Sincerely,

                                       Elisabeth A. Shumaker
                                       Clerk of the Court

cc:     Jason M. Burnette
          Elizabeth L. German
          Timothy L. White

EAS/kf